

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **1:25-cr-00406** |
| | ) | **Judge Alonso** |
| v. | ) | **Magistrate Judge Valdez** |
| | ) | **RANDOM/Cat. 3** |
| NICOLE FRANCO | ) | |
| | ) | **INFORMATION** |

The UNITED STATES ATTORNEY charges:

1. At times material to this information:

*Individuals and Entities Involved*

a. Company A was headquartered in Atlanta, Georgia. Subsidiary A, a subsidiary of Company A, was a freight brokerage company headquartered in Chicago, Illinois.

b. From approximately July 2016 through October 2022, defendant NICOLE FRANCO was employed by Subsidiary A in the Accounts Payable department, processing invoice payments to freight carriers that fulfilled delivery contracts with Subsidiary A (the "Carriers").

*The Fraudulent Scheme*

2. Beginning no later than in or around April 2021, and continuing until in or around October 2022, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

NICOLE FRANCO,

defendant herein, knowingly devised, intended to devise, and participated in a scheme to defraud and obtain money from Company A by means of materially false

and fraudulent pretenses and representations, and concealment of material facts, as further described below.

3. It was part of the scheme that FRANCO knowingly accessed Subsidiary A's electronic payment system to void payments from Company A to the Carriers, despite knowing that Company A had properly paid the Carriers for completed shipments.

4. It was further part of the scheme that FRANCO used Subsidiary A's electronic payment system to re-issue the voided payments from Company A to bank accounts that she controlled or accessed (the "FRANCO Bank Accounts").

5. It was further part of the scheme that FRANCO used Subsidiary A's electronic payment system to modify the payment method for Carriers to issue electronic payments from Company A to the FRANCO Bank Accounts.

6. It was further part of the scheme that FRANCO accessed the funds deposited from Company A into the FRANCO Bank Accounts, including but not limited to, by making cash withdrawals.

7. It was further part of the scheme that FRANCO misrepresented, concealed, and hid, and caused to be misrepresented, concealed, and hidden, the existence and purpose of the scheme and the acts done in furtherance of the scheme, including by disguising the fraudulent payments to the FRANCO Bank Accounts as legitimate payments to freight carriers.

8. During the scheme, FRANCO issued electronic payments from Company A into the FRANCO Bank Accounts totaling approximately $412,321.

9. On or about January 19, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

NICOLE FRANCO,

defendant herein, for the purposes of executing the above-described scheme, knowingly caused to be transmitted by means of wire communication in interstate commerce certain writings, signs, and signals, namely, an electronic payment in the amount of approximately $5,000, which payment was processed by a server located in Texas;

In violation of Title 18, United States Code, Section 1343.

**CHRISTINE O'NEILL** — Digitally signed by CHRISTINE O'NEILL
Date: 2025.07.21 15:54:24 -05'00'

Signed by Christine O'Neill on behalf of the
UNITED STATES ATTORNEY